Case 4:19-cr-06007-MKD   ECF No. 204   filed 07/31/23   PageID.2073   Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 31, 2023**

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 4:19-CR-06007-MKD-2 |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |
| v. | |
| ROBERT LEROY TILLMAN, | **ECF No. 202** |
| Defendant. | |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 202). Defendant was represented on this Motion by court-appointed attorney Troy Lee.

Defendant, at the behest of United States Probation/Pretrial Services, requests that the Court modify Special Condition Nos. 4 and 5 to replace GPS monitoring with Smart Link Monitoring, and home detention with a curfew. ECF No. 202. The position of the United States Attorney's Office is unknown; however, in light of the initial request being made by the location monitoring specialist in the Western District, the Court finds the Motion ripe for review.

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 202**) is **GRANTED**.

ORDER - 1

2.	**Special Condition No. 4 (ECF No. 199) is MODIFIED** in its entirety to read **as follows:**

>	4.	<u>**Smart Link Monitoring**</u>**: Defendant shall participate in the location monitoring program with Global Positioning Satellite technology via mobile application (Smart Link). Defendant shall comply with a curfew as directed by the location monitoring specialist. Defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.**

3.	**Special Condition No. 5 (ECF No. 199) is MODIFIED** in its entirety to read **as follows:**

>	5.	<u>**Curfew**</u>**: Defendant shall be restricted to his residence every day as directed by the location monitoring specialist.**

4.	All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED July 31, 2023.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2